# EXHIBIT 15

| | |
|---|---|
| **From:** | Clint Walton |
| **Sent:** | Wednesday, December 31, 2014 3:05 PM CST |
| **To:** | Todd Mounts |
| **Subject:** | Re: Conn's Inquiries |

No problem.  Thanks for the reminder.  I hope this helps John.

The Repair Service Agreement is a product or service that was purchased (unlike insurance), and is NOT rebated/refunded for any unearned/unused time period at the time of charge off.  All applicable taxes are collected upon the origination/purchase of the Repair Service Agreement.

At the time of charge off, the Repair Service Agreement is canceled and Assurant/FWSC is alerted of the charge off/cancelation.

In the event of a customer requesting cancelation prior to charge off, a proration of time elapsed is applied in order to calculate the refund due to the account and/or customer.  There's more details found here http://www.conns.com/rsa-tc, that may be helpful.

Let me know if any other questions arise.


thank you,

Clint Walton
Sr. Mgr – Compliance Credit &  Collection
CCCO, Credit & Collection Compliance Officer ACA
Conn's
2201 Timberloch Place| The Woodlands, TX | 77380
936-242-4828




E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are strictly confidential and intended for the use of the specific individual(s) listed above. They may contain information that is attorney work product or that is protected under the attorney-client privilege. They may contain trade secrets or information that is otherwise proprietary.

---

**From:** "Todd Mounts" <tmounts@traxcapital.com>
**To:** "Clint Walton" <clint.walton@conns.com>
**Sent:** Wednesday, December 31, 2014 2:42:13 PM

**Subject:** RE: Conn's Inquiries

Clint, sorry to bother you again on this, but I need to get back to John. I want to make sure that I understand your response 2 cancellation examples below in addition to your clarification of the process/procedure overall.

The following statements are based on our discussion and or my understanding of the information that we discussed.

1. All repair service agreement(s) financed under the retail installment contracts have been (or should have been) cancelled with Federal Warranty Service Corporation (aka: Assurant)?
2. The effective date of any repair service agreement (or service agreements) cancellation is that date that the account is/was charged off?
3. The pro-rated refunds of the remaining repair service agreements and applicable state taxes have already been processed and received on your end?
4. The pro-rated refunds are not refunded/credit against the consumers account balance and thus does not show up in their payment history or account history (aka: report 94)?

To the best of your knowledge, can you please confirm if the 4 statements above are an accurate representation or understanding of the general process/procedures.

Thanks again,
Todd

**Todd Mounts| EVP of Business Development**
Trax Capital Management
200 S. Orange Ave 28th Floor
Orlando, FL 32801
Phone: 407-377-0565 Ext 718
Mobile: 407-808-3323



Trax Capital Management, LLC is not responsible for any recommendation, solicitation, offer or agreement of any information about any transaction, customer account or investment activity contained in this communication. The decision of whether to invest or engage in any transaction and the decision of whether any investment or transaction fits into appropriate portfolio structure remains the responsibility of the customer and/or its advisors. This e-mail and any files or attachments transmitted with it are intended only for the addressees named herein and may contain confidential and/or privileged material. If you are not the intended recipient of this e-mail, you are hereby notified that any review, retransmission, dissemination, distribution or copying or other use of, or taking of any action in reliance upon, this email and the information contained herein by persons or entities other than the intended recipient is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and permanently delete the original copy and any copy of the e-mail, and any printout thereof. Nothing in this e-mail may be construed as legally binding agreements or contractual related obligations without executing legally binding documents.  This e-mail may be part of settlement negotiations which are confidential.

**From:** Clint Walton [mailto:clint.walton@conns.com]
**Sent:** Monday, December 29, 2014 4:28 PM
**To:** Todd Mounts
**Subject:** Re: Conn's Inquiries

Todd - not sure if you're in today, but I'm free at 4:45 to 5:30pm.
Otherwise, I'll be available tomorrow at 10am ct.  Just let me know...

Warranties cancel upon the account being charged-off.  We/Conn's, may need to update each account and alert Assurant to the status.  However, I do not find any previous request by either customer to cancel the warranty.

thank you,

Clint Walton
Sr. Mgr – Compliance Credit &  Collection
CCCO, Credit & Collection Compliance Officer ACA
Conn's
2201 Timberloch Place| The Woodlands, TX | 77380
936-242-4828

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are strictly confidential and intended for the use of the specific individual(s) listed above. They may contain information that is attorney work product or that is protected under the attorney-client privilege. They may contain trade secrets or information that is otherwise proprietary.

**From:** "Todd Mounts" <tmounts@traxcapital.com>
**To:** "Clint Walton" <clint.walton@conns.com>
**Sent:** Tuesday, December 23, 2014 1:55:27 PM
**Subject:** FW: Conn's Inquiries

Clint, have you had time to review the attached? Also, what time works for you today to continue with our discussions.

Thanks,
Todd

**Todd Mounts| EVP of Business Development**
Trax Capital Management
200 S. Orange Ave 28th Floor
Orlando, FL 32801
Phone: 407-377-0565 Ext 718
Mobile:  407-808-3323



*Trax Capital Management, LLC is not responsible for any recommendation, solicitation, offer or agreement of any information about any transaction, customer account or investment activity contained in this communication.  The decision of whether to invest or engage in any transaction and the decision of whether any investment or transaction fits into appropriate portfolio structure remains the responsibility of the customer and/or its advisors. This e-mail and any files or attachments transmitted with it are intended only for the addressees named herein and may contain confidential and/or privileged material. If you are not the intended recipient of this e-mail, you are hereby*

*notified that any review, retransmission, dissemination, distribution or copying or other use of, or taking of any action in reliance upon, this email and the information contained herein by persons or entities other than the intended recipient is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and permanently delete the original copy and any copy of the e-mail, and any printout thereof. Nothing in this e-mail may be construed as legally binding agreements or contractual related obligations without executing legally binding documents.  This e-mail may be part of settlement negotiations which are confidential.*

**From:** Todd Mounts
**Sent:** Friday, December 19, 2014 5:47 PM
**To:** 'Clint Walton'
**Subject:** RE: Conn's Inquiries

Clint, I meant to send this to you ahead of our conversation, but wanted their to be more of a focus on moving forward on the commonality of our positions inclusive of strengths and weaknesses versus distract you with anything else.

I reviewed your responses to both  requests for  ACCOUNT #1          and Conn's Account # 7          .

On      , I attached all of the account documents that you provided included the transaction history via excel supplied by Garnet, 3 different contracts, an invoice and the report 94 that you provided for us and I cannot find any corresponding pro-rated refund/credit for the Repair Service Agreement or Product Replacement Agreement. I attached all the supporting documentation in our possession. We also tried to contract FWSC/Assurant on before of the consumer to retroactively cancel that agreement back to the date of the charge-off with the understanding that we would discharge the rest. Assurant confirmed that the agreement had not expired, but requested that we cancel the agreement through you all as the administrator. They did indicate that there was vendor link that would require your (Conn's) credentials to file on our own similar to the insurance link/instructions your insurance department provided us so that we could process a claim. I provided a brief summary of the expected prorated credit/refund due to the customer based on an incrementally earned/exhausted premium amount.

TF137058

|  | Original Contract 1 | Contract 2 | Contract 3 | WTY Expiration | |
|---|---|---|---|---|---|
| Date of Contract | 12/16/2011 | 12/20/2011 | 12/20/2011 | 1/20/2015 | |
| Acct# | | | | | |
| | | | | Est. Refund | |
| 40" 1080P LCD TV | $349.99 | $349.99 | $349.99 | | |
| 37 Month Repair Agr. | $99.99 | $99.99 | $99.99 | $ 64.86 | WTY |
| Total | $449.98 | $449.98 | $449.98 | | |
| Sales Tax | $36.54 | $36.54 | $36.54 | 8% | |
| Subtotal | $486.52 | $486.52 | $486.52 | $ 5.27 | Tax |
| Property Insurance | $42.18 | $0.00 | $0.00 | $ 70.13 | Total |
| Amount Financed | $528.70 | $486.52 | $486.52 | | |
| Finance Charges | $128.66 | $117.80 | $117.80 | | |
| Total of Payments | $657.36 | $604.32 | $604.32 | | |
| Payments | 24 | 24 | 24 | | |
| Amount of Payments | $27.39 | $25.18 | $25.18 | | |
| | | | | | |
| 3-Months Interest Fees | | | | | |
| Payment 12/18/2011 | -$160.00 | -$160.00 | -$160.00 | | |
| Payment 2/23/2012 | -$326.52 | -$326.52 | -$326.52 | | |
| Totals | -$486.52 | -$486.52 | -$486.52 | | |
| Balance as of 2/23/2012 $0 | $0.00 | $0.00 | $0.00 | | |
| Refund/Balance 3/22/2012 | $50.00 | $50.00 | $50.00 | | |

| Account Number | Transaction Desc (Unified Garnet) | Transaction Date | Transaction Amount | Balance |
|---|---|---|---|---|
| | New Contract | 12/16/2011 | $657.36 | $657.36 |
| | PAYMENT (REGULAR) | 12/28/2011 | ($160.00) | $497.36 |
| | Cancellation Insurance | 1/12/2012 | ($52.30) | $445.06 |
| | Replacement Contract | 1/12/2012 | - | - |
| | Regular Payment | 2/23/2012 | ($326.52) | $118.54 |
| | Bank Rebate | 3/22/2012 | ($118.54) | $0.00 |
| | Pmt Adjustment | 3/22/2012 | $276.52 | |
| | Refund Chk | 3/22/2012 | $50.00 | |
| | Late Charge Assesment | 7/7/2013 | $1.26 | |
| | Late Charge Assesment | 8/6/2013 | $1.26 | |
| | Late Charge Assesment | 9/6/2013 | $1.26 | |
| | Late Charge Assesment | 10/7/2013 | $1.26 | |
| | Late Charge Assesment | 11/6/2013 | $1.26 | |
| | Late Charge Assesment | 12/7/2013 | $1.26 | |

TF137059

I was simply guessing, but welcome your thoughts as the debtor claims that she requested both a refund of the insurance and warranty premium when she submitted her cancellation in writing and only looks like 1 of the 2 was honored. Let me know when you can, but we would gladly accept the estimated $70+/- (includes sales tax refund) versus have an prospective issues later.

Also, on ▓▓▓▓, it appears no pro-rated refund was issued from FWSC/Conn's and a retroactive credit back to the date of charge-off would be an estimated $109.10 (includes 8.25% tax). I didn't have enough time to put together the chart on this one, so let me know how I can facilitate these type of requests without bothering you and if my methodology is in alignment with the way you all account for this as well.

PS: I look forward to continuing our discussion in the near term as I felt that you and I will move the needle if we continue to work together to achieve a common resolution.

Thanks
Todd

**Todd Mounts | EVP of Business Development**
Trax Capital Management
200 S. Orange Ave 28th Floor
Orlando, FL 32801
Phone: 407-377-0565 Ext 718
Mobile: 407-808-3323



Trax Capital Management, LLC is not responsible for any recommendation, solicitation, offer or agreement of any information about any transaction, customer account or investment activity contained in this communication. The decision of whether to invest or engage in any transaction and the decision of whether any investment or transaction fits into appropriate portfolio structure remains the responsibility of the customer and/or its advisors. This e-mail and any files or attachments transmitted with it are intended only for the addressees named herein and may contain confidential and/or privileged material. If you are not the intended recipient of this e-mail, you are hereby notified that any review, retransmission, dissemination, distribution or copying or other use of, or taking of any action in reliance upon, this email and the information contained herein by persons or entities other than the intended recipient is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and permanently delete the original copy and any copy of the e-mail, and any printout thereof. Nothing in this e-mail may be construed as legally binding agreements or contractual related obligations without executing legally binding documents.  This e-mail may be part of settlement negotiations which are confidential.

**From:** Clint Walton [mailto:clint.walton@conns.com]
**Sent:** Thursday, September 25, 2014 2:07 PM
**To:** John Morrisey
**Cc:** Dox; Bill Canty; Todd Mounts; Ken; Regina Harmon; Cheryle Simmons
**Subject:** Re: Conn's Inquiries

John,

Please see the status for each account:

DISPUTE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ACCOUNT #1▓▓▓▓▓▓

Mrs. ▓▓▓ signed a 24-month retail installment contract on 12/16/2011.  This contract included a 3-month no interest financing promotion.  The invoice balance due was $486.52.

Mrs. ▇ made one payment of $160.00 on 12/18/2011 and another payment of $326.52 on 02/23/2012 which totaled $486.52 and brought the account to a zero balance and the account closed; however, on 03/13/2012 Mrs. ▇ called and stated the over paid the account by $50.00 and requested a refund for the $50.00. She was informed at that time that the account had not been over paid and the $50.00 refund would cause the account to re-open.

Mrs. ▇ stated she wanted the $50.00 refund anyway. The refund was processed and the account was reopened as of 03/22/2012 with a next due date of 6/27/2013. No additional payments have been received on the account and it was charged off and sold to TRAX on 05/05/2014.

Conn's Account # 7▇ ▇
The Service dept checked the units and there were no issues. The customer sent in the units stating no power but Service found it powered on fine. Also, the customer purchased the unit on 4/21/13, and brought into Service 10 days later. We would have not told her we refused to return it or credit it, but under the circumstances we may have told her we could not exchange it but since it was working and still within the 14 days then she could pay the restocking fee and return it to the store. The units went back to the store and sat there for almost 4 months until store sent them back to Service and we sent them 30 day letters in September 2013 and no response so they were scrapped.

thank you,

Clint Walton
Sr. Mgr – Compliance Credit & Collection
CCCO, Credit & Collection Compliance Officer ACA
Conn's
2201 Timberloch Place| The Woodlands, TX | 77380
936-242-4828

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are strictly confidential and intended for the use of the specific individual(s) listed above. They may contain information that is attorney work product or that is protected under the attorney-client privilege. They may contain trade secrets or information that is otherwise proprietary.

**From:** "Clint Walton" <clint.walton@conns.com>
**To:** "John Morrisey" <john.morrisey@jnrcollects.com>
**Cc:** "Dox" <dox@jnrcollects.com>, "Bill Canty" <bill.canty@jnrcollects.com>, tmounts@traxcapital.com, "Ken" <ken@mcgurn.com>, "Regina Harmon" <regina.harmon@conns.com>, "Cheryle Simmons"

<cheryle.simmons@conns.com>
**Sent:** Thursday, September 25, 2014 10:46:38 AM
**Subject:** Re: Conn's Inquiries

John - we will reply by end of day today.


thank you,

Clint Walton
Sr. Mgr – Compliance Credit &  Collection
CCCO, Credit & Collection Compliance Officer ACA
Conn's
2201 Timberloch Place| The Woodlands, TX | 77380
936-242-4828



E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are strictly confidential and intended for the use of the specific individual(s) listed above. They may contain information that is attorney work product or that is protected under the attorney-client privilege. They may contain trade secrets or information that is otherwise proprietary.

---

**From:** "John Morrisey" <john.morrisey@jnrcollects.com>
**To:** "Clint Walton" <clint.walton@conns.com>, "Regina Harmon" <regina.harmon@conns.com>
**Cc:** "Dox" <dox@jnrcollects.com>, "Bill Canty" <bill.canty@jnrcollects.com>, tmounts@traxcapital.com, "Ken" <ken@mcgurn.com>
**Sent:** Thursday, September 25, 2014 8:26:36 AM
**Subject:** FW: Conn's Inquiries

Awaiting an answer on these. Thanks.

Thanks


John Morrisey

National Sales Manager

JNR Adjustment Company, Inc.


866-812-2345 Ext. 1612

TF137062

407-619-6223 (cell)

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521 and is legally privileged. This e-mail, and any attachment, contains confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message and any attachments.

---

**From:** John Morrisey [mailto:john.morrisey@jnrcollects.com]
**Sent:** Monday, July 28, 2014 7:23 PM
**To:** 'Clint Walton'; 'Desiree Pete'; 'Regina Harmon'
**Cc:** 'Dox'; 'Todd Mounts'; 'Ken'
**Subject:** Conn's Inquiries

Conn's Account # 1
Please see the above attachment with this account. I need a payment breakdown to address this account under the FDCPA. Thanks.

Conn's Account # 7
I need to respond to the consumer under the FDCPA. She claims returned all items as defective and had to pay a restocking fee of $120. Please respond so I may respond back to her under the FDCPA regulations. Thanks.

John Morrisey
JNR Adjustment Company, Inc.
PO Box 782107
Orlando, FL 32878

Physical: 12661 Challenger Parkway Ste: 200B
Orlando, FL 32826

Phone: 407-207-2345 X.1612
Toll: 866-812-2345 X. 1612
Fax: 407-207-5633

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

***This communication contains information that is confidential, proprietary in nature, and may also be work product privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) or the person responsible for delivering it to the intended recipient(s), please note that any form of dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender and delete the original communication. Thank you for your cooperation.

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

TF137063

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

TF137064