# EXHIBIT 17

Accounts w/RSA

| Pool Name | # of Unique Accounts | Purchase % | Charge-off Balance | Purchase Price | Orig Warr Price | Refund RSA @ 100% x Purch Price | Refund RSA @ prorate x Purch Price |
|---|---|---|---|---|---|---|---|
| Pool 1: Uncollected Charge-Offs | 17733 | 5.94270% | $ 40,990,786.64 | $ 2,435,959.48 | $ 6,142,194.42 | $ 365,012.19 | $ 218,738.72 |
| Flow 2 | 2161 | 7.00000% | $ 4,414,066.39 | $ 308,984.65 | $ 645,531.09 | $ 45,187.18 | $ 20,378.68 |
| Pool 2: Judgments | 3073 | 4.84070% | $ 6,643,507.32 | $ 321,592.26 | $ 879,896.95 | $ 42,593.17 | $ 19,886.69 |
| Pool 3: Dismissed Bankruptcies | 3459 | 9.78680% | $ 6,505,079.11 | $ 636,639.08 | $ 945,937.69 | $ 92,577.03 | $ 42,025.37 |
| **Totals** | 26426 | n/a | $ 58,553,439.46 | $ 3,703,175.47 | $ 8,613,560.15 | $ 545,369.57 | $ 301,029.46 |
| **After subtracting OC below** | 16747 | | $ 40,323,824.76 | $ 2,472,090.43 | $ 5,905,180.34 | $ 361,468.20 | $ 228,772.82 |

Before 1/1/2012 OC

| Pool Name | # of Unique Accounts | Purchase % | Charge-off Balance | Purchase Price | Orig Warr Price | Refund RSA @ 100% x Purch Price | Refund RSA @ prorate x Purch Price |
|---|---|---|---|---|---|---|---|
| Pool 1: Uncollected Charge-Offs | 3462 | 5.94270% | $ 6,407,057.41 | $ 380,752.20 | $ 1,029,809.54 | $ 61,198.49 | $ 21,803.90 |
| Flow 2 | 988 | 7.00000% | $ 1,788,076.30 | $ 125,165.34 | $ 281,215.19 | $ 19,685.06 | $ 6,919.91 |
| Pool 2: Judgments | 2484 | 4.84070% | $ 5,193,730.18 | $ 251,412.90 | $ 682,124.08 | $ 33,019.58 | $ 14,421.29 |
| Pool 3: Dismissed Bankruptcies | 2745 | 9.78680% | $ 4,840,750.81 | $ 473,754.60 | $ 715,231.00 | $ 69,998.23 | $ 29,111.55 |
| **Totals** | 9679 | n/a | $ 18,229,614.70 | $ 1,231,085.04 | $ 2,708,379.81 | $ 183,901.36 | $ 72,256.64 |

source: Copy of Chgoff12_crw_060515