# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CONN CREDIT I, LP, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:14-cv-00429 |
| | § | |
| v. | § | |
| | § | Judge Ron Clark |
| TF LOANCO III, LLC, | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant TF LoanCo III, LLC ("TFLoanCo") files this Unopposed Motion to File Under Seal, and respectfully shows the Court the following:

1. On March 18, 2016, TFLoanCo filed its Motion for Partial Summary Judgment (the "Motion"). Exhibits 2, 14, and 16-1 to the Motion were filed under seal. This motion to seal is being filed contemporaneously with the filing of the Motion.

2. Exhibits 2, 14 and 16-1 attached to the Motion contain confidential information regarding individual consumers that purchased consumer goods from Conn. TFLoanCo believes these Exhibits should be sealed to protect such information. Counsel for TFLoanCo conferred with counsel for Conn, and Conn is not opposed to this motion.

3. Accordingly, TF LoanCo respectfully requests that the Court enter an order sealing Exhibits 2, 14 and 16-1 attached to the Motion.

| | |
|---|---|
| Date:  March 18, 2016 | /s/ *Preston T. Kamin* <br> J. Cary Gray, Lead Attorney <br> Texas State Bar No. 08322300 <br> E-mail: cgray@grayreed.com <br> Michael A. Ackal, III <br> Texas State Bar No. 24045367 <br> E-mail: mackal@grayreed.com <br> GRAY REED & MCGRAW, P.C. <br> 1300 Post Oak Blvd., Suite 2000 <br> Houston, Texas 77056 <br> (713) 986-7000 (Telephone) <br> (713) 986-7100 (Facsimile) <br><br> ATTORNEYS FOR DEFENDANT <br> TF LOANCO III, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, a true and correct copy of the foregoing motion was duly served upon the following counsel of record via the Court's CM/ECF system pursuant to Federal Rule of Civil Procedure 5(b)(3) and Local Rules 5(a)(2)(A) & (3)(A):

J. Thad Heartfield
M. Dru Montgomery
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706

*Preston T. Kamin*
Preston T. Kamin

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel and opposing counsel is unopposed to and has requested the relief herein.

*Preston T. Kamin*
Preston T. Kamin

3234444.1