IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CONN CREDIT I, LP** | § § § | |
| **Plaintiff,** | § § | Civil Action No. **1:14-cv-00429** |
| v. | § § | |
| **TF LOANCO III, LLC,** | § § § | |
| **Defendant.** | § | |

### UNOPPOSED MOTION TO FILE UNDER SEAL CONN CREDIT I, LP'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Conn Credit I, LP ("Conn's) files this Unopposed Motion to Seal, and respectfully shows the Court the following:

1. On March 18, 2016, Conn's will be filing its Motion for Partial Summary Judgment.

2. Conn's Motion for Partial Summary Judgment contains numerous references to commercially sensitive information. Conn's motion contains references to documents that were previously filed under seal.

3. Accordingly, Conn's respectfully requests that the Court seal the Motion for Partial Summary Judgment and each exhibit through entry of the attached Proposed Order. Defendant does not oppose this request for relief.

Respectfully submitted,

/s/ *J. Thad Heartfield*
J. Thad Heartfield
Texas State Bar No. 09346800
E-mail: thad@heartfieldlawfirm.com
M. Dru Montgomery
Texas State Bar No. 24010800
E-mail: dru@heartfieldlawfirm.com
Stephen L. Townsend
Texas State Bar No. 24071539
E-mail: stephen@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318 (Telephone)
(409) 866-5789 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CONN CREDIT I, LP

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of March, 2016.  Any other counsel of record will be served by first class mail.

*/s/ J. Thad Heartfield*
J. Thad Heartfield